UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

RAMSEY BAINES and AKEEM MEALING,

                              Plaintiffs,

                              -v-

THE CITY OF NEW YORK, POLICE OFFICER JOHN
FRANK, POLICE OFFICER MICHAEL PERULLO,
POLICE OFFICER BURT ANTOINE, SGT. ROBERT
BRACERO, CAPT. COYLE

                              Defendants.
------------------------------------------------------------------ X

11 Civ. 2846 (KBF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 20 2012

KATHERINE B. FORREST, District Judge:

      Having received a request from counsel for plaintiffs to unseal the Grand Jury testimony of all police officers in the case The People of the State of New York v. Akeem Mealing, Index No. 1440/09, counsel is directed to submit to the Court a proposed subpoena duces tecum. This Court will address a motion for an order compelling production if the custodian of the Grand Jury testimony refuses to produce the requested documents. See Cruz v. Kennedy, No. 97 Civ. 4001 (KMW), 1997 WL 839483, at *2 (S.D.N.Y. Dec. 19, 1997) ("In this case, [plaintiff] issued a subpoena to the [New York County District Attorney], to which the NYCDA has objected. In such a circumstance, it is within the power of this Court to issue an order compelling production.")

SO ORDERED:

Dated: New York, New York
         January 20, 2012

                                                    KATHERINE B. FORREST
                                                    United States District Judge