UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

RAMSEY BAINES and AKEEM MEALING,

                          Plaintiffs,

            -v-

THE CITY OF NEW YORK, POLICE OFFICER JOHN
FRANK, POLICE OFFICER MICHAEL PERULLO,
POLICE OFFICER BURT ANTOINE, SGT. ROBERT
BRACERO, CAPT. COYLE

                          Defendants.
------------------------------------------------------------------ X

11 Civ. 2846 (KBF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 25 2012

KATHERINE B. FORREST, District Judge:

    The Clerk of the Court is directed to issue the attached subpoena.

SO ORDERED:

Dated: New York, New York
         January 24, 2012

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Akeem Mealing and Ramsey Baines ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No.   11-CV-2846 (KBF) |
| City of New York et. als. ) | |
| ) | (If the action is pending in another district, state where: |
| _Defendant_ ) | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:   Queens County District Attorneys Office, 125-01 Queens Boulevard, Kew Gardens, NY  11415

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Trancsripts of the Grand Jury testimony of all police officers in the case The People of the State of New York v. Akeem Mealing, Index No. 1440/09

| Place: Law Office of Robert Marinelli<br>305 Broadway, 14th Floor<br>New York, NY  100007 | Date and Time:<br><br>02/04/2012 9:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

OR

| _____ | _____ |
|---|---|
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_    ___Akeem Mealing___
_____ , who issues or requests this subpoena, are:
Robert Marinelli, 305 Broadway, 14th Floor, NY, NY  10007, Email - Robmarinelli@gmail.com, Phone - 212-822-1427